AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Salvatore La Terra Bellina

V.

Weeks Marine, Inc., ProvPort, Inc., No

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-249T

TO: (Name and address of Defendant)

Weeks Marine, Inc.

To Agent of Service:
Dean Hostetler
30 Miller Road
Portsmouth, RI 02871

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

7-26-04

DATE

2

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 7-27-04 |
| --- | --- |
| NAME OF SERVER *(PRINT)* Anthony Marcello SR | TITLE D-Deputy |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ____________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________

☐ Returned unexecuted: ____________

☒ Other (specify): Left Copies with listed Agent for Service Dean Hostetler Personally

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 30.00 | TOTAL 30.00 |
| --- | --- | --- |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7-27-04
Date

[signature]
Signature of Server

34 Fatua St Barrington Ct C286
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.