UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED AUG 25 2004 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

SALVATORE LA TERRA BELLINA :
:
v. : C.A. No 04-249
:
WEEKS MARINE, INC., :
PROVPORT, INC., :
NORTHERN STAR MARINE, INC., :
and ABC CORPORATION, JOHN DOE :

**STIPULATION**

The undersigned parties stipulate that defendant ProvPort, Inc. shall have until and including September 16, 2004 to answer or otherwise respond to plaintiff's complaint.

Plaintiff,
Salvatore La Terra Bellina,
By his Attorney,

Kelly N. Michels

James T. Murphy, Esq. (#1698)
Kelly N. Michels, Esq. (#6478)
Hanson Curran, LLP
146 Westminster Street
Providence, RI 02903
(401) 421-2154
(401) 421-7040 (fax)

Defendant,
ProvPort, Inc.,
By its Attorney,

Peter Loveley

A. Peter Loveley, Esq. (#3108)
Wistow & Barylick Incorporated
61 Weybosset Street
Providence, RI 02903
(401) 831-2700
(401) 272-9752 (fax)

Dated: August 11, 2004

ENTER

Ernest C. Torres

Ernest C. Torres
Chief, U.S. District Judge

DATE 9/1/04

6