UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SALVATORE LA TERRA BELLINA,

VS.

Civil Action No. 04-249

WEEKS MARINE, INC., PROVPORT, INC.,
NORTHERN STAR MARINE, INC.,:
ABC CORPORATION, JOHN DOE,

**Entry of Appearance**

Attorney David J. Szerlag, Esq. herein enters his appearance on behalf of the defendant, Weeks Marine, Inc.

Defendant Weeks Marine, Inc.
By and through their Attorney,

David J. Szerlag, Esq. (# 4261)
Baluch Gianfrancesco Mathieu & Szerlag
155 South Main Street, Suite 101
Providence, Rhode Island 02903
(401) 331-1434

**CERTIFICATION**

I hereby certify that a copy has been sent to James Murphy, Esq., 146 Westminster Street, Providence, Rhode Island 02903, ~~on this~~ 9th day of September, 2004.

7