UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED SEP 10 2004

SALVATORE LA TERRA BELLINA,

Plaintiff,

-against-

WEEKS MARINE, INC., PROVPORT, INC., NORTHERN STAR MARINE, INC., ABC CORPORATION, JOHN DOE,

Defendants.

Civil Action No. 04-249 (ECT)

## MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE

Defendant Weeks Marine, Inc. hereby moves that Ronald Betancourt and Virginia A. Harper of Betancourt, Van Hemmen, Greco & Kenyon be admitted pro hac vice in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

1. The case involves the following complex area of the law, in which pro hac vice counsel specializes: maritime law; and

2. Pro hac vice counsel's long-standing representation of its client, defendant Weeks Marine, Inc.

BALUCH, GIANFRANCESCO,
MATHIEU & SZERLAG
Attorneys for Defendant Weeks Marine, Inc.

By: ______________________
David J. Szerlag
R. I. Bar ID #4261
155 South Main Street, Suite 101
Providence, Rhode Island 02903
Tel. No. (401) 331-1434
Fax No. (401) 351-9653

## CERTIFICATION

The undersigned hereby certifies that a copy of the within was mailed, postage prepaid, to:

James T. Murphy, Esquire
146 Westminster Street
Providence, RI 02903

on this **9TH** day of **September**, 2004.

Ann Marie Pafrate

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

----------------------------------------------------X

SALVATORE LA TERRA BELLINA,

Plaintiff,

-against-

WEEKS MARINE, INC., PROVPORT, INC., NORTHERN STAR MARINE, INC., ABC CORPORATION, JOHN DOE,

Defendants.

----------------------------------------------------X

Civil Action No. 04-249 (ECT)

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

VIRGINIA A. HARPER, an attorney at law duly licensed to practice in the State of New Jersey and seeking pro hac vice admission to this Court hereby certifies:

1. I certify that I am a member in good standing of the bars of the State of New Jersey and the State of New York, and the following federal district court bars, The United States District Courts for the District of New Jersey, the Southern District of New York, and the Eastern District of New York, and the United States Court of International Trade, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

2. I am not currently admitted, nor have I applied within the preceding 24 months to be admitted, in any cases in this District.

3. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing

before it.

4. For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of local associate counsel.

Virginia A. Harper
Betancourt, Van Hemmen, Greco & Kenyon
114 Maple Avenue
Red Bank, New Jersey 07701
Tel. No. (732) 530-4646
Fax No. (732) 530-9536

David J. Szerlag
RI Bar ID #4261
Baluch, Gianfrancesco,
Mathieu & Szerlag
155 South Main Street, Suite No. 101
Providence, Rhode Island 02903
Tel. No. (401) 331-1434
Fax No. (401) 351-9653

ORDER: This motion is hereby Granted.

Ernest C Torres / B
U.S. District Judge

Date: 9/28/04

**CERTIFICATION**

The undersigned hereby certifies that a copy of the within was mailed, postage prepaid, to:

James T. Murphy, Esquire
146 Westminster Street
Providence, RI 02903

on this **9TH** day of **September**, 2004.

Ann Marie Iafrati

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

---------------------------------------------------X

SALVATORE LA TERRA BELLINA,

Plaintiff,

-against-

WEEKS MARINE, INC., PROVPORT, INC., NORTHERN STAR MARINE, INC., ABC CORPORATION, JOHN DOE,

Defendants.

---------------------------------------------------X

Civil Action No. 04-249 (ECT)

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

RONALD BETANCOURT, an attorney at law duly licensed to practice in the State of New Jersey and seeking pro hac vice admission to this Court hereby certifies:

1. I certify that I am a member in good standing of the bars of the State of New Jersey and the State of New York, and the following federal district court bars, The United States Court of Appeals for the Second Circuit, The United States Court of Appeals for the Third Circuit, the United States District Courts for the District of New Jersey, the Southern District of New York, and the Eastern District of New York, and the United States Court of Military Appeals, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

2. I am not currently admitted, nor have I applied within the preceding 24 months to be admitted, in any cases in this District.

3. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island

Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

4. For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of local associate counsel.

Ronald Betancourt
Betancourt, Van Hemmen, Greco & Kenyon
114 Maple Avenue
Red Bank, New Jersey 07701
Tel. No. (732) 530-4646
Fax No. (732) 530-9536

David J. Szerlag
RI Bar ID #4261
Baluch, Gianfrancesco,
Mathieu & Szerlag
155 South Main Street, Suite No. 101
Providence, Rhode Island 02903
Tel. No. (401) 331-1434
Fax No. (401) 351-9653

ORDER:

This motion is hereby Granted.

Ernest C Torres / [signature]
U.S. District Judge

Date: 9/28/04

**CERTIFICATION**

The undersigned hereby certifies that a copy of the within was mailed, postage prepaid, to:

James T. Murphy, Esquire
146 Westminster Street
Providence, RI 02903

on this **9TH** day of **September**, 2004.

Ann Marie Clafrate