UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SALVATORE LA TERRA BELLINA,

VS.

Civil Action No. 04-249

WEEKS MARINE, INC., PROVPORT, INC.,
NORTHERN STAR MARINE, INC.,:
ABC CORPORATION, JOHN DOE,

RECEIVED SEP 29 2004 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for The undersigned parties that the time for Defendant Weeks Marine, Inc. to serve an answer or otherwise move with respect to the Complaint is hereby extended until October 21, 2004.

HANSON CURRAN, LLP
Attorneys for Plaintiff

Kelly N. Michels #6478
By: JAMES T. MURPHY (#1698)
146 Westminster Street
Providence, RI 02903
(401) 421-2154

BALUCH, GIANFRANCESCO,
MATHIEU & SZERLAG
Attorneys for Weeks Marine, Inc.

By: DAVID J. SZERLAG (#4261)
155 South Main Street, Suite#101
Providence, RI 02903
(401) 331-1434

ENTER: Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge
DATE: 10/4/04

12