**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

SALVATORE LA TERRA BELLINA :
Plaintiff, :
:
v. : C.A. NO. 04-249T
:
WEEKS MARINE, INC., PROVPORT, :
INC., NORTHERN STAR MARINE, INC., :
ABC CORPORATION, JOHN DOE :
Defendants. :

RECEIVED
OCT 18 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STIPULATION**

Now comes Plaintiff, Salvatore La Terra Bellina, and Defendant, ProvPort, Inc., and hereby stipulate and agree that Plaintiff, Salvatore La Terra Bellina, shall have up to and including November 22, 2004 to provide responses to discovery requests.

Plaintiff,
SALVATORE LA TERRA BELLINA
By his Attorneys,

HANSON CURRAN LLP

Kelly N. Michels

James T. Murphy, Esq. #1698
Kelly N. Michels, Esq. #6478
146 Westminster Street
Providence, RI 02903
(401) 421-2154 – Telephone
(401) 521-7040 – Fax

Defendant,
PROVPORT, INC.
By its Attorney,

WISTOW & BARYLICK, INC.

Stephen P. Sheehan, Esq.
61 Weybosset Street
Providence, RI 02903
(401) 831-2700
(401) 272-9752

13

**PROOF OF SERVICE**

I hereby certify that I mailed a copy of the within document on this 18 day of October, 2004, to Stephen P. Sheehan, Esq., **WISTOW & BARYLICK, INC.**, 61 Weybosset Street, Providence, RI 02903; **BALUCH, GIANFRANCESCO, MATHIEU & SZERLAG**, 255 South Main Street, Suite 101, Providence, RI 02903-2963; and James Reilly, Esq., **KELLY KELLEHER REILLY & SIMPSON**, 146 Westminster Street, Fifth Floor, Providence, RI 02903.

Jean C. Douglas

Hanson Curran LLP