UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SALVATORE LA TERRA BELLINA :
:
-vs- : C.A. NO. 04-249T
:
WEEKS MARINE, INC., PROVPORT, INC., :
NORTHERN STAR MARINE, INC., :
ABC CORPORATION, JOHN DOE :

RECEIVED
NOV 10 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STIPULATION**

Defendant Northern Star Marine, Inc. may have until November 15, 2004, to file its Answer or to otherwise plead to plaintiff's Complaint.

JAMES T. MURPHY #1698
HANSON CURRANT LLP
Attorney for Plaintiff
146 Westminster Street
Providence, Rhode Island 02903
(401) 421-2154
(401) 521-7040 (fax)

JAMES H. REILLY #0658
KELLY, KELLEHER, REILLY &
SIMPSON
Attorney for Defendant
Northern Star Marine, Inc.
146 Westminster Street - Suite 500
Providence, Rhode Island 02903
(401) 272-1312
(401) 331-9397 (fax)

ENTER Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge
DATE 11/15/04

October 21, 2004

15