UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SALVATORE LA TERRA BELLINA :
:
v. : C.A. No 04-249T
:
WEEKS MARINE, INC., :
PROVPORT, INC., :
NORTHERN STAR MARINE, INC., :
and ABC CORPORATION, JOHN DOE :

**REPLY AND CROSS-CLAIM OF DEFENDANT PROVPORT, INC.**

Defendant ProvPort, Inc. hereby replies to the cross-claim asserted by Weeks Marine, Inc. ("Weeks Marine"), as follows:

31. No response required.

32. Insofar as these allegations are addressed to Defendant ProvPort, Inc., they are denied, and, otherwise, Defendant ProvPort, Inc. denies knowledge or information sufficient to form a belief as to the truth of these allegations.

**CROSS-CLAIM**

Defendant ProvPort, Inc. hereby brings the following cross claim against Defendant Weeks Marine.

2. If Plaintiff sustained the injuries, damages, and losses as set forth in the Complaint, and if Defendant ProvPort, Inc. is judged liable to Plaintiff, then such liability and/or damages were caused in whole or in part by the active and primary carelessness, negligence, breach of duty, fault, acts or omissions or commissions or other fault or intentional acts of Co-Defendant Weeks Marine, and if any judgment should be recovered herein by Plaintiff against Defendant ProvPort, Inc., then Weeks

SCANNED

16

Marine should be liable to Defendant ProvPort, Inc. in whole or in part in the amount of such damage, loss, or injury, under an apportionment of liability for indemnity or contribution.

WHEREFORE, Defendant ProvPort, Inc. demands judgment dismissing the Complaint, but if there is a judgment against it, then judgment over and against Co-Defendant Weeks Marine, for indemnification and/or contribution, together with costs, disbursements, interest, and attorneys' fees in this action, and such other and further and different relief as the Court may deem just and proper.

Defendant,
ProvPort, Inc.
By its Attorney,

Stephen P. Sheehan, Esq. (#4030)
Wistow & Barylick Incorporated
61 Weybosset Street
Providence, RI 02903
(401) 831-2700
(401) 272-9752 (fax)

Dated: November 23, 2004

**CERTIFICATION**

I hereby certify that I mailed a copy of the within document on this 23rd day of November, 2004, to the following:

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Hanson Curran, LLP
146 Westminster Street
Providence, RI 02903

David J. Szerlag, Esq.
Baluch, Gianfrancesco,
Mathieu & Szerlag
155 South Main Street, Suite 101
Providence, RI 02903

Ronald A. Betancourt, Esq.
Virginia A. Harper, Esq.
Betancourt, VanHemmen, Greco
& Kenyon
114 Maple Avenue
Red Bank, NJ 07701

James Reilly, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, 5th Floor
Providence, RI 02903

Lisa McLeese