**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| SALVATORE LA TERRA BELLINA<br>Plaintiff, | : | |
| v. | : | C.A. NO. 04-249T |
| WEEKS MARINE, INC., PROVPORT, INC., NORTHERN STAR MARINE, INC., ABC CORPORATION, JOHN DOE<br>Defendants. | : | |

**NOTICE OF DEPOSITION**

Please take notice that Plaintiff, Salvatore La Terra Bellina, will conduct the deposition of Defendant, **NORTHERN STAR MARINE, INC.,** on oral examination before a duly authorized notary public, or some other duly authorized person, *pursuant to Rule 30(b)(6) through its designee or designees who are identified by or who consent to testify on behalf of Northern Star Marine, Inc.,* and the attached Schedule A, at the offices of **Hanson Curran LLP, 146 Westminster Street, Providence, Rhode Island** on **December 2, 2004** at **11:00a.m.** You are hereby notified to attend said deposition and take such part in the examination as may be fit and proper.

Plaintiff,
SALVATORE LA TERRA BELLINA
By his Attorneys,
HANSON CURRAN LLP

Kelly N. Michels

James T. Murphy, Esq. #1698
Kelly N. Michels, Esq. #6478
146 Westminster Street
Providence, RI 02903
(401) 421-2154 – Telephone
(401) 521-7040 – Fax

17

**PROOF OF SERVICE**

I hereby certify that I mailed a copy of the within document on this 23rd day of November, 2004, to Stephen P. Sheehan, Esq., **WISTOW & BARYLICK, INC.**, 61 Weybosset Street, Providence, RI 02903; David Szerlag, **BALUCH, GIANFRANCESCO, MATHIEU & SZERLAG**, 255 South Main Street, Suite 101, Providence, RI 02903-2963; Ronald Betancourt, Esq., **BETANCOURT, VAN HEMMEN, GRECO & KENYON**, 114 Maple Avenue, Rebank, NJ 07701; and James Reilly, Esq., **KELLY KELLEHER REILLY & SIMPSON**, 146 Westminster Street, Fifth Floor, Providence, RI 02903.

Kelly N. Michels

Hanson Curran LLP

**SCHEDULE A**

Please produce the person with the most knowledge concerning the role Northern Star Marine, Inc. had with the *M/V Oluja*, including the contracts, agreements and/or business Northern Star Marine, Inc. had with the *M/V Oluja* at the time of the incident in question, on or about January 14, 2002, producing documents regarding the same.