UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SALVATORE LA TERRA BELLINA :
:
-vs- : C.A. NO. 04-249T
:
WEEKS MARINE, INC., PROVPORT, INC., :
NORTHERN STAR MARINE, INC., :
ABC CORPORATION, JOHN DOE :

**ANSWER OF DEFENDANT NORTHERN STAR**
**MARINE, INC. TO PLAINTIFF'S COMPLAINT**

1. Defendant Northern Star Marine, Inc. is without knowledge of the truth or falsity of the allegations set forth in paragraphs 1 through 3 of plaintiff's Complaint and leaves plaintiff to his proof thereof.

2. Said defendant admits the allegations set forth in paragraph 4 of plaintiff's Complaint.

3. Said defendant is without knowledge of the truth or falsity of the allegations set forth in paragraphs 5 through 8 of plaintiff's Complaint and leaves plaintiff to his proof thereof.

4. Said defendant denies the allegations set forth in paragraph 9 of plaintiff's Complaint.

5. Said defendant admits the allegations set forth in paragraph 10 of plaintiff's Complaint.

6. Said defendant is without knowledge of the truth or falsity of the allegations set forth in paragraphs 11 through 17 of plaintiff's Complaint and

18

leaves plaintiff to his proof thereof.

7. Said defendant denies the allegations set forth in paragraphs 18 and 19 of plaintiff's Complaint.

8. Said defendant is without knowledge of the truth or falsity of the allegations set forth in paragraphs 20 and 21 of plaintiff's Complaint and leaves plaintiff to his proof thereof.

**AS TO COUNT I**

9. Defendant Northern Star Marine, Inc. incorporates by reference its answers to paragraphs 1 through 21 of plaintiff's Complaint.

10. Said defendant is without knowledge of the truth or falsity of the allegations set forth in paragraphs 23 through 25 of plaintiff's Complaint and leaves plaintiff to his proof thereof.

WHEREFORE, defendant Northern Star Marine, Inc. demands entry of Judgment in its behalf and for its costs in defending this action.

**AS TO COUNT II**

11. Defendant Northern Star Marine, Inc. incorporates by reference its answers to paragraphs 1 through 21 of plaintiff's Complaint.

12. Said defendant is without knowledge of the truth or falsity of the allegations set forth in paragraphs 27 through 31 of plaintiff's Complaint and leaves plaintiff to his proof thereof.

WHEREFORE, defendant Northern Star Marine, Inc. demands entry of Judgment in its behalf and for its costs in defending this action.

**AS TO COUNT III**

13. Defendant Northern Star Marine, Inc. incorporates by reference its answers to paragraphs 1 through 21 of plaintiff's Complaint.

14. Said defendant is without knowledge of the truth or falsity of the allegations set forth in paragraphs 33 through 36 of plaintiff's Complaint and leaves plaintiff to his proof thereof.

WHEREFORE, defendant Northern Star Marine, Inc. demands entry of Judgment in its behalf and for its costs in defending this action.

**AS TO COUNT IV**

15. Defendant Northern Star Marine, Inc. incorporates by reference its answers to paragraphs 1 through 36 of plaintiff's Complaint.

16. Said defendant is without knowledge of the truth or falsity of the allegations set forth in paragraphs 38 through 42 of plaintiff's Complaint and leaves plaintiff to his proof thereof.

WHEREFORE, defendant Northern Star Marine, Inc. demands entry of Judgment in its behalf and for its costs in defending this action.

**AS TO COUNT V**

17. Defendant Northern Star Marine, Inc. incorporates by reference its answers to paragraphs 1 through 42 of plaintiff's Complaint.

18. Said defendant denies the allegations set forth in paragraphs 44 through 48 of plaintiff's Complaint.

WHEREFORE, defendant Northern Star Marine, Inc. demands entry of

Judgment in its behalf and for its costs in defending this action.

**AS TO COUNT VI**

19. Defendant Northern Star Marine, Inc. incorporates by reference its answers to paragraphs 1 through 48 of plaintiff's Complaint.

20. Said defendant is without knowledge of the truth or falsity of the allegations set forth in paragraphs 50 through 54 of plaintiff's Complaint and leaves plaintiff to his proof thereof.

WHEREFORE, defendant Northern Star Marine, Inc. demands entry of Judgment in its behalf and for its costs in defending this action.

JAMES H. REILLY #0658
KELLY, KELLEHER, REILLY & SIMPSON
Attorney for Defendant
Northern Star Marine, Inc.
146 Westminster Street, Suite 500
Providence, Rhode Island 02903
(401) 272-1312
(401) 331 -9397 (fax)

**ANSWER OF NORTHERN STAR MARINE, INC. TO CROSSCLAIM OF WEEKS MARINE, INC.**

1. Northern Star Marine, Inc. admits the filing of a Crossclaim by defendant, Weeks Marine, Inc., as alleged in paragraph 31.

2. Northern Star Marine, Inc. denies the allegations set forth in paragraph 32.

WHEREFORE, Northern Star Marine, Inc. demands entry of Judgment

in its behalf as to the Crossclaim of Weeks Marine, Inc.

JAMES H. REILLY #0658
KELLY, KELLEHER, REILLY & SIMPSON
Attorney for Defendant
Northern Star Marine, Inc.
146 Westminster Street, Suite 500
Providence, Rhode Island 02903
(401) 272-1312
(401) 331 -9397 (fax)

To: James T. Murphy, Esquire
Attorney Kelly N. Michels
HANSON CURRAN LLP
146 Westminster Street
Providence, Rhode Island 02903

Stephen P. Sheehan, Esquire
WISTOW & BARYLICK, INC.
61 Weybosset Street
Providence, Rhode Island 02903

David Szerlag, Esquire
BALUCH, GIANFRANCESCO, MATHIEU & SZWERLAG
155 South Main Street, Suite 101
Providence, Rhode Island 02903

Ronald Betancourt, Esquire
BETANCOURT, VAN HEMMEN, GRECO & KENYON
114 Maple Avenue
Rebank, New Jersey 07701

CERTIFICATION

I hereby certify that I mailed a copy of the within Answer to the above counsel of record on December 1, 2004.