AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

# United States District Court

FOR THE DISTRICT OF RHODE ISLAND

PLAINTIFF

SALVATORE LA TERRA BELLINA

V. DEFENDANT AND THIRD PARTY PLAINTIFF

WEEKS MARINE, INC., PROVPORT, INC., NORTHERN STAR MARINE, INC. ABC CORPORATION, JOHN DOE

WEEKS MARINE, INC.

V. THIRD PARTY DEFENDANT

WATERSON STEVEDORING, INC.

## THIRD PARTY SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04-249 (ECT)

TO: (Name and address of Third Party defendant)

Waterson Stevedoring, Inc.
16 High Point Drive
North Smithfield, RI 02896

PLEASE SERVE AFS: James E. Sullivan
401 Wampanoag Trail
East Providence, RI 02915

Corp Drive
1300 Highland Court
1st Floor
949-4954

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY *(name and address)*

James T. Murphy, Esq.
Hanson Curran, LLP
146 Westminster Street
Providence, RI 02903

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY *(name and address)*

David J. Szerlag, Esq.
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street
Suite 101
Providence, RI 02903

an answer to the third-party complaint which is herewith served upon you within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

CLERK

DATE 11/4/04

(BY) DEPUTY CLERK

20

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 11/18/04 |
| NAME OF SERVER Kenneth K Norigian | TITLE Federal Court Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☑ Other (*specify*): Waterson Stevedoring Inc c/o James E Sullivan Esq Agent

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 40 | 40 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/18/04
Date

[signature]
*Signature of Server*

1845 Atwood Av
*Address of Server*
Johnston RI
02919

[signature]

FILED
2004 NOV 22 P 12:19
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.