UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

---------------------------------------------------X

SALVATORE LA TERRA BELLINA,

Plaintiff,

-against-

WEEKS MARINE, INC., PROVPORT, INC., NORTHERN STAR MARINE, INC., ABC CORPORATION, JOHN DOE,

Defendants.

---------------------------------------------------X

Civil Action No. 04-249 (ECT)

**ANSWER OF DEFENDANT WEEKS MARINE, INC. TO CROSS-CLAIM OF DEFENDANT PROVPORT, INC.**

Defendant Weeks Marine, Inc., by an through its attorneys, hereby replies to the cross-claim asserted by defendant Provport, Inc. ("Provport"), as follows:

1. Paragraph 1 of the Cross-claim was omitted. Accordingly, no response is required.

2. Paragraph 2 of the Cross-claim is denied.

WHEREFORE, Defendant Weeks Marine, Inc. demands judgment dismissing Provport's cross-claim against it, and such other and further relief as the Court may deem just and proper.

Dated: Red Bank, New Jersey
December 14, 2004

BETANCOURT, VAN HEMMEN, GRECO & KENYON
Attorneys for Defendant Weeks Marine, Inc.
Admitted Pro Hac Vice

By: ______________________
Ronald Betancourt (RB5838)
114 Maple Ave.
Red Bank, New Jersey 07701
(732) 530-4646

21

BALUCH, GIANFRANCESCO, MATHIEU & SZERLAG
Local Counsel for Defendant Weeks Marine, Inc.

By:______________________________
DAVID J. SZERLAG (#4261)
155 South Main Street, Suite #101
Providence, RI 02903

**CERTIFICATION**

I hereby certify that a copy has been sent to the following on the 15th day of December, 2004.

James T. Murphy
HANSON CURRAN, LLP
Attorneys for Plaintiff
146 Westminster Street
Providence, Rhode Island
(401) 421-2154

Waterson Stevedoring, Inc.
16 High Point Drive
North Smithfield, Rhode Island 02896

Stephen P. Sheehan, Esq.
WISTOW & BARYLICK, INC.
Attorneys for Provport, Inc.
61 Weybosset Street
Providence, Rhode Island 02903
(401) 831-2700

James H. Reilly, Esq.
KELLY, KELLEHER, REILLY & SIMPSON
Attorneys for Northern Star Marine, Inc.
146 Westminster Street
Fifth Floor
Providence, Rhode Island 02903
(401) 272-1312