UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SALVATORE LA TERRA BELLINA,

VS.

Civil Action No. 04-249

WEEKS MARINE, INC., PROVPORT, INC.,
NORTHERN STAR MARINE, INC.,:
ABC CORPORATION, JOHN DOE,

RECEIVED APR 1_ 2005

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for The undersigned parties that the time for Defendant Weeks Marine, Inc. to serve an answer or otherwise move with respect to the Plaintiff's Motion to Amend his Complaint is hereby extended to April 26, 2005.

HANSON CURRAN, LLP
Attorneys for Plaintiff

By: JAMES T. MURPHY (#1698)
KELLY N. MICHELS (#6478)
146 Westminster Street
Providence, RI 02903
(401) 421-2154

BALUCH, GIANFRANCESCO,
MATHIEU & SZERLAG
Attorneys for Weeks Marine, Inc.

By: DAVID J. SZERLAG (#4261)
155 South Main Street, Suite#101
Providence, RI 02903
(401) 331-1434

26