UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAY 18 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

SALVATORE LA TERRA BELLINA :
Plaintiff, :
:
v. : C.A. NO. 04-249T
:
WEEKS MARINE, INC., PROVPORT, :
INC., NORTHERN STAR MARINE, INC., :
ABC CORPORATION, JOHN DOE :
Defendants. :

## STIPULATION

Now comes Plaintiff, Salvatore La Terra Bellina, and Defendant, ProvPort, Inc., and hereby stipulate and agree that Plaintiff, Salvatore La Terra Bellina, shall have up to and including May 23, 2005 to provide responses to discovery requests.

Plaintiff,
SALVATORE LA TERRA BELLINA
By his Attorneys,

HANSON CURRAN LLP

James T. Murphy, Esq. #1698
Kelly N. Michels, Esq. #6478
146 Westminster Street
Providence, RI 02903
(401) 421-2154 – Telephone
(401) 521-7040 – Fax

Defendant,
PROVPORT, INC.
By its Attorney,

WISTOW & BARYLICK, INC.

Stephen P. Sheehan, Esq.
61 Weybosset Street
Providence, RI 02903
(401) 831-2700
(401) 272-9752

27

**PROOF OF SERVICE**

I hereby certify that I mailed a copy of the within document on this 18th day of May, 2005, to **Stephen P. Sheehan, Esq.**, WISTOW & BARYLICK, INC., 61 Weybosset Street, Providence, RI 02903; **David Szerlag**, BALUCH, GIANFRANCESCO, MATHIEU & SZERLAG, 255 South Main Street, Suite 101, Providence, RI 02903-2963; **James Reilly, Esq.**, KELLY KELLEHER REILLY & SIMPSON, 146 Westminster Street, Fifth Floor, Providence, RI 02903 and to **Ronald Betancourt, Esq.**, BETANCOURT, VAN HEMMEN, GRECO & KENYON, 114 Maple Avenue. Rebank, NJ 07701.

Elizabeth Machado

Hanson Curran LLP