UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA 04-249T** **DATE: June 13, 2005**

**TITLE: SALVATORE LA TERRA BELLINA v. WEEKS MARINE, INC., ET AL**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Plaintiff: James T. Murphy**

**Defendant: David Szerlag**
**Ronald Betancourt**

******************************************************************************

**Proceedings: Plaintiff's Motion to Amend Complaint**

**All counsel of record present. Plaintiff argues motion. Defendant states objections. Court takes matter under advisement.**