UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SALVATORE LA TERRA BELLINA, :
Plaintiff, :
:
v. : CA 04-249T
:
WEEKS MARINE, INC., PROVPORT, :
INC., NORTHERN STAR MARINE, INC., :
ABC CORPORATION, JOHN DOE, :
Defendants. :

WEEKS MARINE, INC., :
Third Party Plaintiff, :
:
v. :
:
WATERSON STEVEDORING, INC., :
Third Party Defendant. :

**ORDER**
**GRANTING MOTION TO AMEND**

The Motion to Amend Complaint (Document #23) of Plaintiff Salvatore La Terra Bellina on which the court conducted a hearing on June 13, 2005, is hereby GRANTED. A memorandum and order explaining the reasons for this ruling will be issued.

ENTER:

David L. Martin
United States Magistrate Judge
June 14, 2005

BY ORDER:

Deputy Clerk