UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SALVATORE LA TERRA BELLINA, Plaintiff, v. WEEKS MARINE, INC., PROVPORT, INC., ABC CORPORATION, JOHN DOE, Defendants | Civil Action No. 04-249 (T) |

**DEFENDANT'S JOINT MOTION TO EXTEND TIME UNDER THE COURT'S PRETRIAL ORDER**

Now comes the Defendant Weeks Marine in the above case and requests that this honorable Court grant its Motion to extend the deadlines set forth in this Court's Pretrial Order dated January 10, 2005 as set forth in its Memorandum of Law attached hereto. Counsel for the Weeks Marine avers that all parties have conferred and join in this request.

Defendant, Weeks Marine,
by its Attorney,

David J. Szerlag, Esq. (#4261)
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street
Suite 101
Providence, Rhode Island 02903
(401) 331-1434
Fax: (401) 351-9653

BETANCOURT, VAN HEMMEN, GRECO &
KENYON
Attorneys for Defendant Weeks Marine,

Ronald Betancourt, Esq. (RB 5838)
114 Maple Avenue
Red Bank, New Jersey 07701
(732) 530-4646

**CERTIFICATION**

I hereby certify that a copy has been sent to the following on the 28th day of June, 2005.

James T. Murphy, Esq.
HANSON CURRAN, LLP
Attorneys for Plaintiff
146 Westminster Street
Providence, Rhode Island 02903
(401) 421-2154

Stephen P. Sheehan, Esq.
WISTOW & BARYLICK, INC.
Attorneys for Provport, Inc.
61 Weybosset Street
Providence, Rhode Island 02903
(401) 831-2700

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

-------------------------------------------------------X

SALVATORE LA TERRA BELLINA,

Plaintiff,

v.

WEEKS MARINE, INC., PROVPORT, INC., ABC CORPORATION, JOHN DOE,

Defendants

Civil Action No. 04-249 (T)

**DEFENDANT WEEKS MARINE'S MEMORANDUM IN SUPPORT OF THE JOINT MOTION TO EXTEND THE COURT'S PRETRIAL ORDER**

Plaintiff has sued defendant Weeks Marine under the Jones Act, U.S.C. §688 and under General Maritime Law for unseaworthiness, alleging that he was a seaman and a member of the crew of the Weeks 529. Recently Plaintiff moved to amend his complaint to add a count of common law negligence against Weeks. After hearing Magistrate Martin granted Plaintiff's motion. The Amended Complaint has been filed and Weeks' Answer will be filed shortly. Plaintiff has also sued Provport, Inc., and the owner of the M/V OLUJA, for common law negligence. To date, the owner of the M/V OLUJA has not been identified and has been named as "ABC Corp."

On or about January 10, 2005, a Pre-Trial Conference was held and subsequently the attached Pre-Trial Order was issued. The Order provided for time periods for disclosure of experts and discovery, as well as dispositive motions. Since the issuance of the Order, a settlement conference was held before Magistrate

Lovegreen. All parties agreed that continued negotiations would be less than fruitful and discovery would need to be undertaken. Plaintiff also found it necessary to amend their complaint as discussed above. As the Motion to Amend has just recently been granted, discovery in earnest has not yet begun.

All parties have been contacted and all agree that additional time is necessary to complete discovery and identify experts. The parties jointly request that the Court consider amending its Scheduling Order in the following fashion:

1. **Plaintiff shall serve all expert reports and other expert disclosure pursuant to F.RC.P. Rule 26 (a)(2)(B) no later than September 15, 2005.**

2. **Defendants shall serve all expert reports and other expert disclosure pursuant to F.R.C.P. Rule 26 (a)(2)(B) no later than November 1, 2005.**

3. **Discovery shall close as of November 15, 2005.**

Based upon the above, the Defendant requests that this Honorable Court grant their Motion to Extend Time as allowed under the Court's Pretrial Order.

Defendant, Weeks Marine,
by its Attorney,

David J. Szerlag, Esq. (# 4261)
Baluch, Gianfrancesco, Mathieu & Szerlag
155 South Main Street
Suite 101
Providence, Rhode Island 02903
(401) 331-1434
Fax: (401) 351-9653

BETANCOURT, VAN HEMMEN, GRECO & KENYON
Attorneys for Defendant Weeks Marine,

Ronald Betancourt, Esq. (RB 5838)
114 Maple Avenue
Red Bank, New Jersey 07701
(732) 530-4646

**CERTIFICATION**

I hereby certify that a copy has been sent to the following on the 28th day of June, 2005.

James T. Murphy, Esq.
HANSON CURRAN, LLP
Attorneys for Plaintiff
146 Westminster Street
Providence, Rhode Island 02903
(401) 421-2154

Stephen P. Sheehan, Esq.
WISTOW & BARYLICK, INC.
Attorneys for Provport, Inc.
61 Weybosset Street
Providence, Rhode Island 02903
(401) 831-2700