FILED
JUN 29 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SALVATORE LA TERRA BELLINA,

Plaintiff,

v.

WEEKS MARINE, INC., PROVPORT, INC., ABC CORPORATION, JOHN DOE,

Defendants

Civil Action No. 04-249 (T)

**DEFENDANT'S JOINT MOTION TO EXTEND TIME UNDER THE COURT'S PRETRIAL ORDER**

Now comes the Defendant Weeks Marine in the above case and requests that this honorable Court grant its Motion to extend the deadlines set forth in this Court's Pretrial Order dated January 10, 2005 as set forth in its Memorandum of Law attached hereto. Counsel for the Weeks Marine avers that all parties have conferred and join in this request.

DENIED. Discovery shall close as of September 30, 2005. Pursuant to paragraph 2 of the pretrial order, the parties may continue to engage in discovery by mutual consent.

Ernest C. Torres, Chief Judge
7/20/05

Defendant, Weeks Marine,
by its ~~Attorney,~~

David J. Szerlag, Esq. (#4261)
Baluch, Gianfrancesco, Mathieu &
Szerlag
155 South Main Street
Suite 101
Providence, Rhode Island 02903
(401) 331-1434
Fax: (401) 351-9653

BETANCOURT, VAN HEMMEN, GRECO & KENYON
Attorneys for Defendant Weeks Marine,

Ronald Betancourt, Esq. (RB 5838)
114 Maple Avenue
Red Bank, New Jersey 07701
(732) 530-4646

**CERTIFICATION**

I hereby certify that a copy has been sent to the following on the 20th day of June, 2005.

James T. Murphy, Esq.
HANSON CURRAN, LLP
Attorneys for Plaintiff
146 Westminster Street
Providence, Rhode Island 02903
(401) 421-2154

Stephen P. Sheehan, Esq.
WISTOW & BARYLICK, INC.
Attorneys for Provport, Inc.
61 Weybosset Street
Providence, Rhode Island 02903
(401) 831-2700