RECEIVED
JUL 20 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

SALVATORE LA TERRA BELLINA :
Plaintiff, :
:
v. : C.A. NO. 04-249T
:
WEEKS MARINE, INC., PROVPORT, :
INC., NORTHERN STAR MARINE, INC., :
ABC CORPORATION, JOHN DOE :
Defendants. :

# STIPULATION

Now comes Plaintiff, Salvatore La Terra Bellina, and Defendant, Weeks Marine, Inc., and hereby stipulate and agree that Plaintiff, Salvatore La Terra Bellina, shall have up to and including July 26, 2005 to provide responses to discovery requests.

Plaintiff,
SALVATORE LA TERRA BELLINA
By his Attorneys,

HANSON CURRAN LLP

[signature]
James T. Murphy, Esq. #1698
Kelly N. Michels, Esq. #6478
146 Westminster Street
Providence, RI 02903
(401) 421-2154 – Telephone
(401) 521-7040 – Fax

Defendant,
WEEKS MARINE, INC.
By its Attorney,

BALUCH, GIANFRANCESCO,
MATHIEU & SZERLAG

[signature]
David J. Szerlag, Esq.
255 South Main Street
Suite 101
Providence, RI 02903-2963
(401) 331-1434 - Telephone
(401) 351-9653 - Fax

**PROOF OF SERVICE**

I hereby certify that I mailed a copy of the within document on this 20th day of July, 2005, to **Stephen P. Sheehan, Esq.**, WISTOW & BARYLICK, INC., 61 Weybosset Street, Providence, RI 02903; **David Szerlag**, BALUCH, GIANFRANCESCO, MATHIEU & SZERLAG, 255 South Main Street, Suite 101, Providence, RI 02903-2963; **James Reilly, Esq.**, KELLY KELLEHER REILLY & SIMPSON, 146 Westminster Street, Fifth Floor, Providence, RI 02903 and to Ronald Betancourt, Esq., BETANCOURT, VAN HEMMEN, GRECO & KENYON, 114 Maple Avenue. Rebank, NJ 07701.

Elizabeth Machado

Hanson Curran LLP