**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
JUL 21 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

SALVATORE LA TERRA BELLINA :
Plaintiff, :

v. : C.A. NO. 04-249T

WEEKS MARINE, INC., PROVPORT, INC., NORTHERN STAR MARINE, INC., ABC CORPORATION, JOHN DOE :
Defendants. :

**STIPULATION**

Now comes Plaintiff, Salvatore La Terra Bellina, and Defendant, Weeks Marine, Inc., and hereby stipulate and agree that Defendant, Weeks Marine, Inc. shall have up to and including July 26, 2005 to answer or otherwise respond to Plaintiff's Amended Complaint.

Plaintiff,
SALVATORE LA TERRA BELLINA
By his Attorneys,

HANSON CURRAN LLP

James T. Murphy, Esq. #1698
Kelly N. Michels, Esq. #6478
146 Westminster Street
Providence, RI 02903
(401) 421-2154 – Telephone
(401) 521-7040 – Fax

Defendant,
WEEKS MARINE, INC.
By its Attorney,

BALUCH, GIANFRANCESCO, MATHIEU & SZERLAG

David J. Szerlag, Esq.
255 South Main Street
Suite 101
Providence, RI 02903-2963
(401) 331-1434 - Telephone
(401) 351-9653 - Fax

ENTER: Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge
DATE: 7/21/05

# CERTIFICATION

I hereby certify that a copy has been sent to the following on the 20th day of July , 2005.

James T. Murphy, Esq.
HANSON CURRAN, LLP
Attorneys for Plaintiff
146 Westminster Street
Providence, Rhode Island 02903
(401) 421-2154

Stephen P. Sheehan, Esq.
WISTOW & BARYLICK, INC.
Attorneys for Provport, Inc.
61 Weybosset Street
Providence, Rhode Island 02903
(401) 831-2700