UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

----------------------------------------------------X

SALVATORE LA TERRA BELLINA,

Plaintiff,

-against-

WEEKS MARINE, INC., PROVPORT, INC., NORTHERN STAR MARINE, INC., ABC CORPORATION, JOHN DOE,

Defendants

----------------------------------------------------X

WEEKS MARINE, INC.

Third-Party Plaintiff,

-against-

WATERSON STEVEDORING, INC.

Third-Party Defendant.

----------------------------------------------------X

Civil Action No. 04-249 (ECT)

**NOTICE OF DISMISSAL**
**OF THIRD-PARTY COMPLAINT**

WHEREAS, Defendant Weeks Marine, Inc. ("Weeks"), has brought the within third-party action against Third-Party Defendant Waterson Stevedoring, Inc. ("Waterson");

WHEREAS, Waterson has not answered the Third-Party Complaint or otherwise appeared in this action to date;

WHEREAS, Weeks and Waterson have amicably resolved the third-party action through a Settlement Agreement dated May 4, 2005 ("Settlement Agreement");

PLEASE TAKE NOTICE, Weeks hereby gives notice that its third-party action against Waterson is voluntarily dismissed pursuant to F.R.C.P. Rule 41(a)(1) as follows:

1. The terms of the Settlement Agreement are incorporated herein by reference;

2. The dismissal of this action is subject to the terms and conditions of the Settlement Agreement and the Court retains jurisdiction to enforce the terms of the Settlement Agreement; and

3. The within third-party action against Waterson shall be and hereby is dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: July 25, 2005

BETANCOURT, VAN HEMMEN, GRECO & KENYON
Attorneys for Defendant Weeks Marine, Inc.
Admitted *Pro Hac Vice*

By: Ronald Betancourt
Ronald Betancourt (RB5838)
114 Maple Ave.
Red Bank, New Jersey 07701
(732) 530-4646

BALUCH, GIANFRANCESCO, MATHIEU & SZERLAG
Local Counsel for Defendant Weeks Marine, Inc.

By:______________________
David J. Szerlag (#4261)
155 South Main Street, Suite #101
Providence, RI 02903

**CERTIFICATION**

I hereby certify that a copy has been sent to the following on the 25 day of July ___, 2005.

Waterson Stevedoring, Inc.
16 High Point Drive
North Smithfield, Rhode Island 02896

James T. Murphy
HANSON CURRAN, LLP
Attorneys for Plaintiff
146 Westminster Street
Providence, Rhode Island
(401) 421-2154

Stephen P. Sheehan, Esq.
WISTOW & BARYLICK, INC.
Attorneys for Provport, Inc.
61 Weybosset Street
Providence, Rhode Island 02903
(401) 831-2700