**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| SALVATORE LA TERRA BELLINA<br>Plaintiff, | : | |
| | : | |
| v. | : | C.A. NO. 04-249T |
| | : | |
| WEEKS MARINE, INC., PROVPORT, INC., NORTHERN STAR MARINE, INC., ABC CORPORATION, JOHN DOE<br>Defendants. | : | |

RECEIVED AUG 16 2005

**STIPULATION**

Now come Plaintiff, Salvatore La Terra Bellina, and Defendant, Weeks Marine, Inc., and hereby stipulate and agree that Plaintiff, Salvatore La Terra Bellina shall have up to and including August 10, 2005 to provide responses to Defendant's discovery requests.

Plaintiff,
SALVATORE LA TERRA BELLINA
By his Attorneys,

HANSON CURRAN LLP

James T. Murphy, Esq. #1698
Kelly N. Michels, Esq. #6478
146 Westminster Street
Providence, RI 02903
(401) 421-2154 – Telephone
(401) 521-7040 – Fax

Defendant,
WEEKS MARINE, INC.
By its Attorney,

BALUCH, GIANFRANCESCO,
MATHIEU & SZERLAG

David J. Szerlag, Esq.
255 South Main Street
Suite 101
Providence, RI 02903-2963
(401) 331-1434 - Telephone
(401) 351-9653 - Fax

**PROOF OF SERVICE**

I hereby certify that I hand delivered/mailed a copy of the within documents on this 16th day of August, 2005, to **Stephen P. Sheehan, Esq.**, WISTOW & BARYLICK, INC., 61 Weybosset Street, Providence, RI 02903; **David Szerlag, Esq.**, BALUCH, GIANFRANCESCO, MATHIEU & SZERLAG, 255 South Main Street, Suite 101, Providence, RI 02903-2963 ; and **Ronald Betancourt, Esq.**, BETANCOURT, VAN HEMMEN, GRECO & KENYON, 114 Maple Avenue, Rebank, NJ 07701.

Elizabeth Machado

Hanson Curran LLP