UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

-----------------------------------------------------X
SALVATORE LA TERRA BELLINA, :

Plaintiff, :

-against- :

WEEKS MARINE, INC., PROVPORT, INC., NORTHERN STAR MARINE, INC., : ABC CORPORATION, JOHN DOE, :

Defendants.
-----------------------------------------------------X

Civil Action No. 04-249 (ECT)

**ANSWER OF DEFENDANT WEEKS MARINE, INC. TO CROSS-CLAIM OF <u>DEFENDANT PROVPORT, INC.</u>**

Defendant Weeks Marine, Inc., by an through its attorneys, hereby replies to the cross-claim asserted by defendant Provport, Inc. ("Provport") in its Reply And Cross-Claim Of Defendant Provport, Inc. To Defendant Weeks Marine, Inc.'s Answer To Amended Complaint With Cross-Claims dated August 3, 2005, as follows:

1. Paragraph 1 of the Cross-claim was omitted. Accordingly, no response is required.

2. Paragraph 2 of the Cross-claim is denied.

WHEREFORE, Defendant Weeks Marine, Inc. demands judgment dismissing Provport's cross-claim against it, and such other and further relief as the Court may deem just and proper.

Dated: Red Bank, New Jersey
August 18, 2005

BETANCOURT, VAN HEMMEN, GRECO & KENYON
Attorneys for Defendant Weeks Marine, Inc.
Admitted Pro Hac Vice

By: ______________________
Ronald Betancourt (RB5838)
114 Maple Ave.

Red Bank, New Jersey 07701
(732) 530-4646

BALUCH, GIANFRANCESCO, MATHIEU & SZERLAG
Local Counsel for Defendant Weeks Marine, Inc.

By:______________________________
DAVID J. SZERLAG (#4261)
155 South Main Street, Suite #101
Providence, RI 02903

**CERTIFICATION**

I hereby certify that a copy has been sent to the following on the 19th day of August, 2005.

James T. Murphy
HANSON CURRAN, LLP
Attorneys for Plaintiff
146 Westminster Street
Providence, Rhode Island
(401) 421-2154

Stephen P. Sheehan, Esq.
WISTOW & BARYLICK, INC.
Attorneys for Provport, Inc.
61 Weybosset Street
Providence, Rhode Island 02903
(401) 831-2700