UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SALVATORE LA TERRA BELLINA :
:
-vs- : C.A. NO. 04-249T
:
WEEKS MARINE, INC., PROVPORT, INC., :
NORTHERN STAR MARINE, INC., :
ABC CORPORATION, JOHN DOE :

RECEIVED
AUG 10 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STIPULATION**

In the above-entitled cause it is agreed that the following entry be made:

Plaintiff's Complaint as against Northern Star Marine, Inc. only is hereby dismissed with prejudice; no interest; no costs.

Kelly N. Michels

Kelly N. Michels #6478
HANSON CURRAN LLP
Attorney for Plaintiff
146 Westminster Street
Providence, Rhode Island 02903
(401) 421-2154
(401) 521-7040 (fax)

ENTER Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge
DATE 8/30/05

James H. Reilly

JAMES H. REILLY #0658
KELLY, KELLEHER, REILLY & SIMPSON
Attorney for Defendant
Northern Star Marine, Inc.
146 Westminster Street, Suite 500
Providence, Rhode Island 02903
(401) 272-1312
(401) 331 -9397 (fax)

Dated: ~~May~~ July 8, 2005

To: James T. Murphy, Esquire
Attorney Kelly N. Michels
HANSON CURRAN LLP
146 Westminster Street
Providence, Rhode Island 02903

Stephen P. Sheehan, Esquire
WISTOW & BARYLICK, INC.
61 Weybosset Street
Providence, Rhode Island 02903

David J. Szerlag, Esquire
BALUCH, GIANFRANCESCO, MATHIEU & SZWERLAG
155 South Main Street, Suite 101
Providence, Rhode Island 02903

Ronald Betancourt, Esquire
BETANCOURT, VAN HEMMEN, GRECO & KENYON
114 Maple Avenue
Red Bank, New Jersey 07701

CERTIFICATION

I hereby certify that I mailed a copy of the within Stipulation to the above counsel of record on August 9, 2005.