KNM:em 03-333 9/13/05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SALVATORE LA TERRA BELLINA<br>Plaintiff, | : | |
| v. | : | C.A. NO. 04-249T |
| WEEKS MARINE, INC., PROVPORT, INC., NORTHERN STAR MARINE, INC., ABC CORPORATION, JOHN DOE<br>Defendants. | : | |

# AMENDED NOTICE TO TAKE DEPOSITION

Please take notice that Plaintiff, Salvatore La Terra Bellina, will conduct the deposition of **BRUCE WATERSON**, on oral examination before a duly authorized notary public, or some other duly authorized person at the offices of HANSON CURRAN LLP, 146 Westminster Street, Providence, Rhode Island on **Thursday, October 6, 2005,** at **2:00 p.m.**

You are hereby notified to attend said deposition and take such part in the examination as may be fit and proper.

Plaintiff, Salvatore La Terra Bellina
By his Attorney,
HANSON CURRAN LLP

Kelly Michels, Esquire #6478
146 Westminster Street
Providence, RI 02903
(401) 421-2154 – Telephone
(401) 521-7040 – Fax

## PROOF OF SERVICE

I hereby certify that I mailed a copy of the within documents on this 13th day of September, 2005, to **Stephen P. Sheehan, Esq.**, WISTOW & BARYLICK, INC., 61 Weybosset Street, Providence, RI 02903; **Peter Mathieu, Esq**., BALUCH, GIANFRANCESCO, MATHIEU & SZERLAG, 255 South Main Street, Suite 101, Providence, RI 02903-2963 ; and **Ronald Betancourt, Esq.**, BETANCOURT, VAN HEMMEN, GRECO & KENYON, 114 Maple Avenue, Redbank, NJ 07701.

Elizabeth Machado

Hanson Curran LLP