UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

-----------------------------------------------------X

SALVATORE LA TERRA BELLINA,

Plaintiff,

-against-

WEEKS MARINE, INC., PROVPORT, INC., NORTHERN STAR MARINE, INC., ABC CORPORATION, JOHN DOE,

Defendants.

-----------------------------------------------------X

Civil Action No. 04-249 (ECT)

**STIPULATION OF DISMISSAL**

This matter having been settled by the parties, it is hereby stipulated and agreed that the matter be and hereby is dismissed, with prejudice, each party to bear its own costs and fees.

HANSON CURRAN, LLP
Attorneys for Plaintiff

By [signature]
Kelly N. Michels ( 6478 )
146 Westminster Street
Providence, Rhode Island 02903
(401) 421-2154

BETANCOURT, VAN HEMMEN, GRECO & KENYON
Attorneys for Defendant Weeks Marine, Inc.

By [signature]
Ronald Betancourt (RB 5838)
114 Maple Avenue
Red Bank, New Jersey 07701
(732) 530-4646

WISTOW & BARYLICK, INC.
Attorneys for Defendant Provport, Inc.

By [signature]
Stephen P. Sheehan, Esq. (4030)
61 Weybosset Street
Providence, R.I. 02903
(401) 831-2700

BALUCH, GIANFRANCESCO, MATHIEU & SZERLAG
Local Counsel for Defendant Weeks Marine, Inc.

By [signature]
Peter Mathieu ( 3992 )
155 South Main Street, Suite #101
Providence, RI 02903
(401) 831-2700

SO ORDERED:

Ernest C. Torres
U.S.D.J.

Dated: Oct. 31, 2005

RECEIVED
OCT 31 2005
Property of U.S. District Court
District of Rhode Island

# PROOF OF SERVICE

I hereby certify that I mailed a copy of the within on this 28th day of October, 2005, to **Stephen P. Sheehan, Esq.**, WISTOW & BARYLICK, INC., 61 Weybosset Street, Providence, RI 02903; **Peter Mathieu, Esq**., BALUCH, GIANFRANCESCO, MATHIEU & SZERLAG, 255 South Main Street, Suite 101, Providence, RI 02903-2963 ; and **Ronald Betancourt, Esq.**, BETANCOURT, VAN HEMMEN, GRECO & KENYON, 114 Maple Avenue, Redbank, NJ 07701.

Elizabeth Machado

Hanson Curran LLP